March 10, 2006

Mr. Brendan K. McBride
Prichard Hawkins McFarland & Young
10101 Reunion Place, Suite 600
San Antonio, TX 78216

Mr. Thomas H. Crofts Jr.
Crofts & Callaway
4040 Broadway, Suite 525
San Antonio, TX 78209

Mr. Ricardo G. Cedillo
Davis Cedillo & Mendoza
755 E. Mulberry Ave., Suite 500
San Antonio, TX 78212-3135

Mr. Harvey G. Brown Jr.
Wright Brown & Close
Three Riverway Plaza, Suite 600
Houston, TX 77056
Mr. David E. Keltner
Jose Henry Brantley & Keltner
675 North Henderson St.
Fort Worth, TX 76107

Mr. Michael A. Caddell
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027

Mr. Ezequiel Reyna Jr.
Law Offices of Ezequiel Reyna, Jr.
702 W. Expressway 83, Suite 100
Weslaco, TX 78596

RE: Case Number: 03-0914
 Court of Appeals Number: 04-01-00554-CV
 Trial Court Number: 1999-CI-14064

Style: HYUNDAI MOTOR COMPANY AND HYUNDAI MOTOR AMERICA, INC.
 v.
 VICTOR MANUEL VASQUEZ, AND BRENDA SUAREZ VASQUEZ, INDIVIDUALLY AND ON
 BEHALF OF THE ESTATE OF ALYSSA AMBER VASQUEZ

Dear Counsel:

 Today the Supreme Court of Texas (Chief Justice Jefferson and Justice
Green not sitting)
delivered the enclosed opinions and judgment in the above-referenced cause.
 Justice Bland and Chief Justice Cayce sitting by commission of Honorable
Rick Perry, Governor of Texas, pursuant to Section 22.005 of the Texas
Government Code.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Dan Crutchfield |
| |Mr. Vincent S. |
| |Walkowiak |
| |Mr. Brent M. Rosenthal |
| |Mr. G. Alan Waldrop |